IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

> **Motion DENIED.**
>
> This the 2nd day of June, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

| | |
|---|---|
| JOSAND FARMER<br>PETITIONER | CASE NO: 5:10-CR-271-F |
| v. | MOTION TO CORRECT ERROR IN PSR, AND JUDGMENT, PURSUANT TO RULE 36 OF CRIMINAL PROCEDURE, AND RULE 60(a) OF CIVIL PROCEDURE |
| UNITED STATES OF AMERICA<br>RESPONDENT | |

TO THE HONORABLE JUDGE LOUISE W. FLANAGAN

COMES NOW, Josand Farmer, hereby known as petitioner, in pro-se capacity to move the Honorable Court to Correct an error committed by the probation officer, and the erroneous judgment imposed in light of said error; pursuant to Rule 36 of criminal procedure; and Rule 60(a) of Civil procedure.

### JURISDICTION

The district court has jurisdiction under 18 U.S.C §3231.

Rule 36 provides that the district court may "at any time correct a clerical error in a judgment; order, or other part of the record".

Rule 60(a) of Civil procedure authorizes the district court to correct clerical mistakes in judgments, orders or